

04-MC-05008-CMP

MAR 06 2004

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

JOHN ROBERT DEMOS
(Name of Plaintiff)

MS045008

vs.

CIVIL RIGHTS COMPLAINT BY A PRISONER UNDER 42 U.S.C. § 1983

JOE LEHMAN, DOUG WADDINGTON, JOHN L. AUSTIN III, ERIC JACKSON, COUNSELOR-LARUE, COUNSELOR-BOYER, C-U-S-BUTLER, C/O ANK, LARRY TRIBE, DON MILLER, NORMAN GOODENOUGH, JULIA GARRETT, ELDON VAIL, C/O BYRD, SCOTT FRAKES, LINN JENNINGS, JAMES SPALDING, DR. REUBEN CEDENO, SGT. WOFFORD, CORRIE NAVAREZ, DOUG CARR, LINN PHILLIPS, MR. PAT OGLE, SGT. WALKER, LT. J. M. W. OFFICER-REDDING, MARGARET MARTINEZ, CAROL A. MURPHY, DAN WILSON, C/O WEST, DALE SAVAGE, CYNTHIA JORDAN, SGT. WALKER, ET. AL., LT. D. THAUT, OBERLAND,
(Names of Defendants)

I. Previous Lawsuits:

A. Have you brought any other lawsuits in any federal court in the United States while a prisoner:

☑ Yes ☐ No

B. If your answer to A is yes, how many?: OVER (300) FOR MYSELF & OTHER INMATES. Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff JOHN ROBERT DEMOS, JR.,

Defendants ~~JOE LEHMAN & JACK LAMBERT~~

2. Court (give name of District)

#### THE UNITED STATES DISTRICT COURT OF SPOKANE, WASHINGTON

3. Docket Number I DO NOT KNOW THE DOCKET # AT THIS TIME

4. Name of judge to whom case was assigned JUDGE WILLIAM FLEMING

5. Disposition (For example: Was the case dismissed as frivolous or for failure to state a claim? Was it appealed? Is it still pending?)

   THE CASE WAS DISMISSED

6. Approximate date of filing lawsuit 1984 OR 1985

7. Approximate date of disposition 1985

II. **Place of Present Confinement:** THE STAFFORD CREEK CORRECTIONS CENTER

A. Is there a prisoner grievance procedure available at this institution? ☒ Yes ☐ No

B. Have you filed any grievances concerning the facts relating to this complaint? ☒ Yes ☐ No

If your answer is NO, explain why not ______

C. Is the grievance process completed? ☐ Yes ☐ No

**If your answer is YES, ATTACH A COPY OF THE FINAL GRIEVANCE RESOLUTION for any grievance concerning facts relating to this case.**

III. **Parties to this Complaint**

A. Name of Plaintiff JOHN ROBERT DEMOS Inmate No.: 287455

Address: 191 CONSTANTINE WAY-STAFFORD CREEK CORRECTIONS CENTER ABERDEEN, WASHINGTON. (98520)

(In Item B below, place the full name of the defendant, his/her official position, and his/her place of employment. Use item C for the names, positions and places of employment of any additional defendants. Attach additional sheets if necessary.)

B. Defendant JOE LEHMAN; official position SECRETARY; place of employment DEPARTMENT OF CORRECTIONS

DEFENDANTS ANK, WEST, LT. J.M.W., BYRD, WOFFOLD, CONFISCATED MY LEGAL PAPERS, WITH THE FULL SUPPORT OF THE SUPERINTENDENT OF THE PRISON MR. DOUG WADDINGTON.

DEFENDANT CORIE WHALEY ORDERED PRISON STAFF TO DISCONNECT & SEVER MY OUTSIDE TELEPHONE ACCESS.

SUPERINTENDENT DOUG WADDINGTON, ELDON VAIL, JOE LEHMAN, AND DAVE SAVAGE, ALONG WITH DOUGLAS CARR ORDERED THE STAFFORD CREEK MAIL ROOM STAFF, AND JAMES ERWICK, AND NORMAN GOODENOUGH TO INFRACT PLAINTIFF DEMOS AND PLACE HIM IN SEGREGATION SHOULD PLAINTIFF DEMOS ATTEMPT TO MAIL OUT LEGAL OR PERSONAL LETTERS IN EXCESS OF (3) LETTERS PER WEEK.

DEFENDANT SGT. WALKER, AND OFFICER-REDDING INFORMED PLAINTIFF THAT THE MAILROOM STAFF HAD BEEN ORDERED "NOT" TO PROCESS ANY LETTERS IN THE OUTGOING MAIL THAT EXCEEDED (3) LETTERS A WEEK, IRRESPECTIVE OF WHETHER THE WERE MARKED LEGAL, OR PERSONAL MAIL.

DEFENDANTS LARUE, JACKSON, ERWICK, GOODENOUGH,

HAVE PLACED A "SNITCH" JACKET ON THE PLAINTIFF, THIS PLACES MY LIFE IN IMMINENT DANGER.
I HAVE BEEN THE VICTIM OF RECENT THREATS.
I FEEL THAT I WILL NOT BE SAFE ANYWHERE IN WASHINGTON STATE. WHY? ACCORDING TO MY COUNSELOR MR. JAMES ERWICK, PRISON STAFF IN ALL OF THE INSTITUTIONS ACROSS THE STATE HAVE A "VENDETTA" AGAINST ME IN REPRISAL, AND RETALIATION FOR THE LAWSUITS THAT I HAVE FILED, OR ATTEMPTED TO FILE AGAINST THEM IN THE PAST.

MR. ERWICK TOLD ME THAT ALL OF THIS INFORMATION WAS ON THE INMATE COMPUTER SCREEN.

DEFENDANT LYNN JENNINGS, SCOTT FRAKES, AND MR. VAN OGLE HAVE ALL TRIED TO DISCOURAGE ME FROM USING THE INMATE GRIEVANCE PROCESS.
GRIEVANCES THAT I TURN IN ARE NEVER ANSWERED, OR RESPONDED TO.
I FILED A GRIEVANCE (2) WEEEKS AGO ALERTING STAFF THAT MY LIFE WAS IN "GRAVE" DANGER, AND I HAVE YET TO RECIEVE ANY TYPE OF A RESPONSE.

I WRITE LETTERS TO D.O.C. CONTRACT ATTORNEY'S DON MILLER & CYNTHIA JORDAN THAT ARE NEVER ANSWERED. I REPORTED TO DON MILLER & CYNTHIA JORDAN THE FACT THAT I WAS NOT BEING ALLOWED TO USE THE TELEPHONE, OR SEND OUT LEGAL MAIL TO THE COURTS, AND THEY DID NOTHING.

IT SEEMS LIKE ALL STAFF ARE WORKING IN CO-HOOTS AGAINST ME.
PER D.O.C. POLICY, ONCE I TELL STAFF THAT I FEEL THAT MY LIFE IS IN DANGER, THEY ARE TO PLACE ME IN THE HOLE/SEGREGATION.

C. Additional defendants DAVE SAVAGE, DON MILLER, CINTHIA JORDAN, DOUG WADDINGTON, DOUG CARR, CAROL MURPHY, SCOTT FRAKES, JOAN AUSTIN, JULIA GARETT, MR. IAN OGLE, NORMAN GOODENOUGH, JAMES ERWICK, LINN JENNINGS, LINN PHIPPS, MARGARET MARTINEZ, DR. REUBEN CEDENO, TED WILSON, CONIE WHALEY, LARRY URIBE, SGT. WALKER, OFFICER-REDDING, ELDON VAIL, ET, AL.,

## IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates, places, and other persons involved. Do not give any legal arguments or cite any cases or statutes. If you allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets if necessary.)

DEFENDANTS GoodEnough, ERwick, LARuE, JAcKson PLACED A "SNITCH JACKET" ON ME IN ORDER FOR INMATES TO KILL ME. DEFENDANTS WADDINGTON, FRAKES, CLINT MAY, AND LINN PHIPPS HAVE PLACED FAULTY INFORMATION IN MY CENTRAL FILE, AND IN THE PRISON LAW LIBRARY COMPUTER. WHY? IN RETALIATION FOR MY LEGAL WORK. ON OR ABOUT 12/17/03 DEFENDANT LINN PHIPPS CONFISCATED MY LEGAL DOCUMENTS FROM ME, AND REFUSED TO RETURN THEM BACK TO ME. DEFENDANT PHIPPS CLAIMED THAT LETTERS ADDRESS TO THE F.B.I., OR THE CENTRAL INTELLIGENCE AGENCY, OR THE U.S. SECRET SERVICE ARE NOT CONSIDERED LEGAL MAIL, OR LEGAL DOCUMENTS. DEFENDANTS LEHMAN, VAIL, SAVAGE, AND CEDENO HAVE "ORDERED" PRISON STAFF TO RETALIATE AGAINST ME FOR DOING LEGAL WORK, BY DENYING ME CLASSIFICATION TO A LOWER CUSTODY LEVEL. DEFENDANTS GARETT, AUSTIN, AND MARTINEZ HAVE RETALIATED AGAINST ME FOR DOING LEGAL WORK. HOW? BY ASSERTING THAT BECAUSE OF MY LEGAL WORK I AM A THREAT TO THE ORDERLY OPERATION OF THE FACILITY/PRION SYSTEM. THAT AS LONG AS I CONTINUE TO FILE# LEGAL WORK IN THE COURTS I WILL NEVER BE FOUND PAROLEABLE. DEFENDANTS WILSON, CEDENO, & AUSTIN CLAIM THAT I NEED TREATMENT BEFORE I CAN EVER BE RELEASED, BECAUSE IT IS THE JOB OF D.O.C. & THE INDETERMINATE SENTENCE REVIEW BOARD TO PROTECT "PUBLIC SAFETY". AND THAT THEY CONSIDER ME A SEX PREDATOR. HOWEVER, D.O.C. & THE PAROLE BOARD REFUSE TO PROVIDE ME WITH TREATMENT, EITHER IN PATIENT, OR OUT PATIENT TREATMENT. THE 3rd CIRCUIT COURT OF APPEALS IN PHILADELPHIA HAS RECENTLY RULED THAT THE "PUBLIC SAFETY" DOCTRINE AS APPLIED TO PRISONERS IS "EX-POST FACTO". ON OR ABOUT 1/23/04 PRISON OFFICIALS (DEFENDANTS ANK, West WoFFold, ByRd, LT. J.M.W. CONFISCATED "TOP SECRET" DOCUMENTS FROM ME. EVIDENTLY, PRISON STAFF "DROPPED" THE DOCUMENTS, AND I HAPPENED TO BE IN THE AREA AND I PICKED THEM UP. THE DOCUMENTS CONCERNED A TERRORIST ATTACK ON WASHINGTON STATE, AND THE KIDNAPPING OF THE STATES TOP NUCLEAR SCIENTISTS THAT WORK AT WASHINGTON UNIVERSITY, AND THE STANFORD UNIVERSITY IN CALIFORNIA. AS WELL AS AN ATTACK ON WASHINGTON STATE NUCLEAR FACILITIES, AND MILITARY BASES.

V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

I SEEK TRANSFER TO AN OUT OF STATE FACILITY OR PRISON;

I SEEK A PROTECTIVE ORDER FROM THE COURT AS I PLEAD "IMMINENT DANGER".

I SEEK A RESTRAINING ORDER PROHIBITING D.O.C. PRISON STAFF, AND THE INDETERMINATE SENTENCE REVIEW BOARD FROM PLACING MISINFORMATION IN MY CENTRAL FILE, AND ON PRISON LAW LIBRARY COMPUTERS THAT FALSELY ACCUSES ME OF BEING A SNITCH.

I SEEK THE RETURN OF MY "LEGAL PAPERS, & DOCUMENTS" THAT WERE SEIZED FROM ME, AND NEVER RETURNED BACK TO ME BY PRISON STAFF WHEN I WAS BOOKED INTO PRISON SEGREGATION ON OR ABOUT 1/23/04;

I SEEK "ALL-PURPOSE", AND ALL INCLUSIVE DAMAGES IN THE AMOUNT OF ONE MILLION DOLLARS;

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 25th day of FEBRUARY, 2004.

John R. Demos Jr.
(Signature of Plaintiff)

JOHN ROBERT DEMOS, JR #287455

STAFFORD CREEK CORRECTIONS CENTER
191 CONSTANTINE WAY
ABERDEEN, WASHINGTON, 98520

AFFIDAVIT OF JOHN ROBERT DEMOS

STATE OF WASHINGTON ) SS: PURSUANT TO: 28 U.S.C. 1746;
COUNTY OF GRAYS HARBOR )

AFFIDAVIT #4

I, JOHN ROBERT DEMOS, JR, AVER THE FOLLOWING, UNDER THE PAIN, AND PENALTY OF PERJURY.

THAT LT. J. TRAUT THREATENED MY LIFE;
LT. J. TRAUT THREATENED TO HAVE ME PLACED IN SEGREGATION, AND HAVE MY FOOD POISONED.
LT. TRAUT ALSO CALLED ME A "NIGGER".

ON OR ABOUT 1/21/04 SGT. NORFOLD, OFFICER-ANK, AND OFFICER WEST CONFISCATED SOME LEGAL PAPERS, AND ADDRESSES FROM ME.
THE "LEGAL" APPERS WERE NEVER RETURNED.

THE LEGAL PAPERS CONCERNED LETTERS THAT I HAD WROTE TO SEND TO THE U.S. SECRET SERVICE, AND THE F.B.I. ALERTING THEM TO A POSSIBLE "TERROR" ATTACK THAT WILL BE LAUNCHED HERE IN THE UNITED STATES.

THE PAPERS WERE SEIZED, AND NEVER RETURNED.

PROBABLY THE REASON PRISON STAFF GET SO UPSET, WHEN I THREATEN TO BRING THE FEDS INTO THE PRISON, IS BECAUSE THERE IS SO MUCH THEFT OF MONEY, FRAUD, AND EMBEZZLEMENT GOING ON HERE AT THIS PRISON, AND IN OTHER STATE PRISONS, UNTIL PRISON STAFF GET A LITTLE FEARFUL, WHEN I MENTION THE WORDS "FED", BECAUSE A FEDERAL INVESTIGATION WOULD UNCOVER A "GOLDMINE" OF CORRUPTION, AND ILLEGAL ACTIVITY COMMITTED BY PRISON STAFF AGAINST PRISON INMATES.

LASTLY, ON OR ABOUT 1/21/04 LT. J.[illegible], AND OFFICER [illegible] SEIZED LEGAL PAPERS ADDRESSED TO THE FEDERAL COURTS, CONCERNING PENDING CASES THAT I HAD IN THE FEDERAL COURTS, AND "LEGAL PAPERS WERE NEVER RETURNED.

I FELT THAT THE SEIZURE, AND TAKING OF MY LETTERS TO THE COURTS, AND THE CUTOFF OF ALL TELEPHONE ACCESS, AND U.S. MAIL ACCESS, WAS THE PRELUDE TO PRISON STAFF SILENCING ME FOR GOOD, OUT OF FEAR OF WHAT I KNOW.

NOTARY IS NOT AVAILABLE, I INVOKE, 18 U.S.C. 1632; 28 U.S.C. 636;

/S/ John R. Demos
JOHN ROBERT DEMOS #287455
2/25/04

AFFIDAVIT OF JOHN ROBERT DEMOS

STATE OF WASHINGTON ) SS: PURSUANT TO: 28 U.S.C. 1746;
COUNTY OF GRAYS HARBOR )

AFFIDAVIT #5

I, JOHN ROBERT DEMOS, JR, AVER THE FOLLOWING, UNDER THE PAIN, AND PENALTY OF PERJURY.

ON, OR ABOUT 1/21/04 COUNSELOR BOYER, AND CORRECTIONAL UNIT SUPERVISOR BUTLER, REFUSED TO RETURN BACK TO ME MY LEGAL DOCUMENTS THAT HAD BEEN CONFISCATED BY THEIR SUBORDINATES WHEN I WAS BOOKED INTO THE F-UNIT SEGREGATION UNIT ON OR ABOUT 1/21/04.

THE LEGAL DOCUMENTS CONCERNED DEADLINES THAT I HAD RECIEVED FROM THE DISTRICT COURTS, AND COURT OF APPEALS.

WITHOUT MY PAPERWORK, I WAS UNABLE TO CITE THE CASE NUMBERS IN LETTERS OF RESPONSE, AND I ENDED UP LOSING MY CASES FOR FAILURE TO PROSECUTE.

ALSO, CONFISCATED WAS SOME DOCUMENTS THAT HAD THE NAMES & ADDRESSES OF MY ATTORNEY'S THAT HAVE BEEN ASSIGNED TO MY U.S. TAX COURT CASE, AND MY U.S. COURT OF CLAIMS CASE.

BUT SINCE PRISON STAFF REFUSE TO SEND OUT MY LEGAL MAIL. I WILL MORE THAN LIKELY LOSE THOSE CASES ALSO, WHY? BECAUSE PRISON OFFICIALS ARE TRYING TO KEEP ME OUT OF THE COURTS.

I FEEL THAT WHEN YOU "UNNECESSARILY" BLOCK A MAN'S ACCESS TO THE FREE WORLD, YOU HAVE PLACED THAT MAN'S LIFE IN IMMINENT DANGER.

NOTARY IS NOT AVAILABLE, I INVOKE, 18 U.S.C. 1532; 28 U.S.C. 636;

/S/ John R. Demos

JOHN ROBERT DEMOS #287455

2/25/04

AFFIDAVIT OF JOHN ROBERT DEMOS

STATE OF WASHINGTON )
) SS: PURSUANT TO: 28 U.S.C. 1746;
COUNTY OF GRAYS HARBOR )

AFFIDAVIT #6

**I, JOHN ROBERT DEMOS, JR, AVER THE FOLLOWING, UNDER THE PAIN, AND PENALTY OF PERJURY.**

THAT ON OR ABOUT 12/15/03 COUNSELOR-LARUE, AND CORRECTIONAL UNIT SUPERVISOR ERIC JACKSON "THREATENED" MY LIFE.

THEY ALSO, TOLD ME THAT ALL OF MY COMMUNICATION WITH THE OUTSIDE WORLD WAS BEING TERMINATED ON ORDERS OF THEMSELVES, AND MR. DOUGLAS W. CARR, THE ASSISTANT STATE ATTORNEY GENERAL.

WHEN I ASKED JUST SPECIFICIALLY DID THEY MEAN BY THE WORD ALL,

AND I WAS TOLD THAT LETTERS TO THE OUTSIDE WORLD, AND PHONECALLS TO THE OUTSIDE WORLD WOULD BE TERMINATED.

I FELT THAT THE (2) ABOVE NAMED DEFENDANTS WERE TRYING TO HAVE ME "SILENCED", AND OR ELIMINATED.

THE BEST WAY TO KILL A MAN IS TO CUT OFF HIS ACCESS TO THE OUTSIDE WORLD.

IT WAS LATER CONFIRMED BY ME, THAT ASSISTANT STATE ATTORNEY GENERAL DOUGLAS W. CARR DID IN FACT INSTRUCT DEFENDANTS LARUE & JACKSON TO PLACE "LIMITS" ON MY TELEPHONE CALLS, AND LETTERS TO THE OUTSIDE WORLD.

**NOTARY IS NOT AVAILABLE, I INVOKE, 18 U.S.C. 1632; 28 U.S.C. 636;**

/S/ John R. Demos

JOHN ROBERT DEMOS #287455

2/25/04

Exhibit A'

STATE OF WASHINGTON
DEPARTMENT OF CORRECTIONS

# INMATE'S KITE
## PAPELETA DE PETICION DEL RECLUSO

INMATE NAME (PRINT) NOMBRE DEL RECLUSO (LETRA DE MOLDE): John R. Demos

| DOC NUMBER / NUMERO DOC | UNIT, CELL / UNIDAD, CELDA | DATE / FECHA |
|---|---|---|
| 287455 | H-2-B-55- | 12/2/03 |

DESIRE INTERVIEW WITH OR ANSWER FROM / DESEA ENTREVISTA CON O RESPUESTA DE: c/o Redick / S-C-C-C- MAil Room

☐ Interpreter needed for ________ (language).
Necesito intérprete para ________ (idioma).

**REASON / QUESTION**
RAZON / PREGUNTA

Per Counselor's LARUE, + ERWICK I HAVE been AUTHORIZEd To Send Out "Bulk legAl MAil". PleASE CONFIRM OR dENY. I shAll AwAiT your EARliest Reply.

THANK you

SIGNATURE / FIRMA: John R. Demos

DAYS OFF / DIAS LIBRES:

**RESPONSE**
RESPUESTA

You are now authorized 20 [illegible] mail letters per week

RESPONDER / PERSONA QUE RESPONDE: c/o Redick [signature]

DATE / FECHA: 12-3-03

Distribution: WHITE/YELLOW-Responder, YELLOW-Return to Offender with Response, PINK-Offender keeps
Distribución: BLANCA/AMARILLA-Persona que responde, AMARILLA-Devuelva al recluso con respuesta, ROSA-Se le queda al recluso
DOC 21-473 E/S (11/99) OCO



EXHIBIT A

STATE OF WASHINGTON
**DEPARTMENT OF CORRECTIONS**
**AIRWAY HEIGHTS CORRECTIONS CENTER**
P.O. Box 1899 • Airway Heights, Washington 99001-1899

July 10, 2002

John Demos, DOC 287455
Airway Heights Corrections Center
PO Box 2109 RB-50-L
Airway Heights, WA. 99001-2109

Dear Mr. Demos:

I am writing to inform you that your ongoing abuses of the DOC Legal Access Policy 590.500, will result in your restriction of legal photocopies, postage and legal mail debt. You will be allowed to send 3 first class letters a week, and it will be your decision whether those 3 letters are used for personal or legal mail. The following is to be carried out at my direction after consulting the Washington Attorney General's Office.

Currently your total debt with DOC and the courts is for $14,291.52. Your recent postage debt is $1949.96, and your legal mail debt is $298.78. Since June 9, 2002 alone, you have mailed 193 pieces of mail out as legal mail. Many of those pieces did not meet the definition of legal mail as per DOC 590.500. It is as a result of your abuses and egregious history that the restrictions will be implemented deviating from current policy.

You may no longer incur a debt for legal photocopies from your counselor or staff in your Unit. Carbon paper is available in limited quantity in the Law Library so you may utilize it to make copies for the court.

You will be limited to postage for 3 first class letters per week with no ability to incur additional postage or legal mail debt. You may decide whether to utilize those 3 letters for personal or legal mail to the courts within the policy definition of legal mail in DOC 590.500.

Sincerely,

[signature] for

Maggie Miller-Stout
Superintendent AHCC

MMS:ahr

cc: AAG Doug Carr
NE Regional Administrator Adkins
APM James Key
CUS Richard Hewson
Tony Walker, Inmate Banking
Mailroom Sgt. Fred Humble
CC3 Dave Arnold
Offender file
File

*"Working Together for SAFE Communities"*

recycled paper



Exhibit AA

STATE OF WASHINGTON
**DEPARTMENT OF CORRECTIONS**
***OFFICE OF CORRECTIONAL OPERATIONS***
**NORTHWEST REGIONAL OFFICE**
8625 Evergreen Way • Suite 100 S • Everett, Washington 98208-2620 • (425) 356-2800
FAX (425) 514-5897

August 14, 2003

Mr. John Demos, DOC 287455
Stafford Creek Corrections Center
PO Box 1867
Aberdeen, WA 98520

Dear Mr. Demos:

I have been asked to respond to your recent correspondence, dated June 21, 2003, addressed to the Department of Corrections (DOC) Office of the Secretary, regarding a Petition for a Declaratory Ruling.

In this letter you request to have WAC rule 740 repealed. The Washington Administrative Code is under statutory authority of the Revised Code of Washington, and any changes to the WAC is done through the legislative process.

You also asked for an explanation of disparity of punishment with regard to the RCW and WAC, and asked if an offender can be punished differently under the right of Equal Protection of Law. The WAC governs the sanctions for violations, and rules of operations within the Department of Corrections. A violation of a WAC does not necessarily constitute a crime as defined by the RCW, but could involve similar behavior.

Regarding your question of DOC Policy abrogating constitutional rights verses substantive rights, the DOC policies are based, ultimately, on the Washington State Constitution, as implemented by the RCW and WAC. One of the intentions through this process is the protection of rights, both procedural and substantive.

Concerning you assertion of the alteration of a cell search report form, the information indicates that additional, clarifying information was added to the cell search report, which was relevant to the subsequent hearing. The information was also added to your copy of the cell search report.



EXHIBIT AAA

STATE OF WASHINGTON
**DEPARTMENT OF CORRECTIONS**
**OFFICE OF CORRECTIONAL OPERATIONS**
P.O. Box 41118 • Olympia, Washington 98504-1118 • (360) 753-1573
FAX (360) 586-6582

May 27, 2003

Mr. John R. Demos, DOC 287455
Monroe Correctional Complex - Special Offender Unit
Post Office Box 514
Monroe, WA 98272

Dear Mr. Demos:

I have been asked to respond to your recent correspondence addressed to Governor Locke. You write regarding your paroleability and entrance into the Sex Offender Treatment Program.

I would encourage you to utilize the established classification review process in addressing your request for release per Department of Corrections Policy Directive 320.100, Indeterminate Sentence Review Board Reports. In addition, you have been placed on the waiting list for entrance into the Sex Offender Treatment Program, and will be screened and prioritized according to eligibility and amenability requirements outlined in policy.

If you have any additional questions or concerns regarding this matter, please address them with your assigned facility counselor.

Sincerely,

E.V.

Eldon Vail, Deputy Secretary
Office of Correctional Operations

EV:dv.GOV407
cc: Governor Gary Locke
Secretary Joseph D. Lehman
Regional Administrator Dennis Thaut
Superintendent Robert Moore
Counselor Randy Tremain
Offender File

*"Working Together for SAFE Communities"*

recycled paper

EXHIBIT AAAA

STATE OF WASHINGTON

**DEPARTMENT OF CORRECTIONS**

**OFFICE OF CORRECTIONAL OPERATIONS**

**STAFFORD CREEK CORRECTIONS CENTER**

191 Constantine Way • MS: WA-39 • Aberdeen, Washington 98520 • (360) 537-1800

FAX (360) 537-1804

December 17, 2003

TO: John Robert Demos, DOC #287455
H-2 855

FROM: Superintendent Waddington

SUBJECT: Your Letter of December 12 and 13, 2003

You have said that you are "being limited, restrained, and impeded in my efforts to contact the United States Justice Department by 'letter'/mail. My letters addressed to the F.B.I., the C.I.A., the National Security Counsel and the U. S. Secret Service have been returned back to me by the S.C.C.C. mailroom staff".

Per my letter to you of December 17, 2003, you are only allowed three (3) letters per week to be sent from Stafford Creek Corrections Center (SCCC). It is your determination whether those three will be personal or legal. You may not incur debt for more than three (3) letters.

Per United States District Court, Western District of Washington at Seattle, Case No. C03-3383P, Order Dismissing Plaintiff's Petition for Habeas Corpus and Order to Show Cause Why Plaintiff's Section 2255 Motion Should Not Be Dismissed (copy attached), you may submit only three in forma pauperis applications and proposed actions each year. Any fourth or successive application to proceed in forma pauperis will not be allowed by the Court. You are also barred from filing any new petitions seeking extraordinary writs pursuant to 28 U.S.C. § 1651, 2253, or 2254 directed at the United States District Courts for the Eastern and Western Districts of Washington.

In reviewing your central file, I have found that you have also written letters to other superintendents at facilities where you were housed regarding the mailroom staff interfering with your ability to report "a valid threat to the safety of the President of the United States..." If you have specific information of this type of activity and have specific details as to those involved and dates when it is to occur, please contact the Intelligence and Investigation Unit of SCCC.

I will not accept correspondence from you regarding the above issue in the future unless you have specific information that can be used for an investigation nor are you to forward correspondence of this type to any other SCCC department.

DW/ceg

cc: Intelligence and Investigation Unit
Associate Superintendent Frakes
CUS Jackson
Counselor Jackson
Mailroom Sergeant
Doug Carr, Attorney General's Office
File

Enclosure

***"Working Together for SAFE Communities"***

recycled paper

LOG I.D. NUMBER C202869

EXHIBIT B

STATE OF WASHINGTON
DEPARTMENT OF CORRECTIONS

**LEVEL 1 – INITIAL GRIEVAN**
**NIVEL 1 - QUEJA INICI**

| NAME: NOMBRE: LAST APELLIDO | FIRST PRIMER NOMBRE | MIDDLE 2DO NOMBRE | DOC NUMBER NUMERO DOC | FACILITY/ FACILIDAD | UNIT/CELL UNIDAD/CELDA |
|---|---|---|---|---|---|
| DEMOS, | JOHN | R. | 287455 | CBCC | IB-12 |

| COMMUNITY CORRECTIONS OFFICE OFICINA DE CORRECCIONES EN LA COMUNIDAD | DATE TYPED FECHA ESCRITA | REMEDY/REMEDIO | RESOLUTION/RESOLUCION | PENDING/PENDIEN |
|---|---|---|---|---|
| | 02/14/02 | 06 | 03 | |

**PART A – INITIAL GRIEVANCE/ PARTE A – QUEJA INICIAL** Response due/Respuesta requerida en: ______

**I WANT TO GRIEVE**: The application of policy & procedure. On 2/8/02 Counselor H. Shuler-Sharpes "seized" my outgoing legal mail, refusing to mail it out. My (5) legal letters addressed to the courts were removed from my presence. Per DOC policy 590.500, offenders outgoing legal mail shall be scanned, but read. (Ms. Shuler was "reading" the legal mail, and was not scanning it). Per DOC policy 590.500 outgoing legal mail will be inspected in the presence of the offender. Ms. Shuler "sized" my legal mail, thus she effectively removed it from my presence. I have no way of knowing what legal documents may be removed altered, or tampered with. Ms. Shuler told me that she was turning my legal mail over to Mr. Harold Kupers t let him determine whether or not my legal documents met the criteria of legal mail. I told Ms. Shuler that Mr. Kupers was not an attorney, and did not have the authority to practice law without a license. Ms. Shuler clai that the reason she was holding/seizing my legal mail to the courts was because she needed to check with Counselor Chaney to determine whether or not the notary seal stamped to my legal affidavits were in fact Ms Chaney's notarial seal. Ms. Shuler alluded to the fact that I may have "stolen" Ms. Chaney's notary seal, or had someone to seal Ms. Chaney's notary seal.

**SUGGESTED REMEDY:**

H Kupers 2/14/02
GRIEVANCE COORDINATOR SIGNATURE / FIRMA DE COORDINADOR DE QUEJAS — DATE / FECHA

John R. Demos 2/12/02
GRIEVANT SIGNATURE / FIRMA DE QUEJANTE — DATE / FECHA

**PART B – LEVEL I RESPONSE / PARTE B RESPUESTA PRIMER NIVEL**

DOC 450.100 gives institution staff authority to hold up legal mail as long as 24 hours in order to make a determination as to whether or not it is indeed legal mail.

Counselor Shuler noticed things in your legal mail such as altered state forms, and questionable notary stamp issues that caused her concern about whether or not the mail was indeed legal. She held it up for the next day so that I could review it.

I did review it, and upon review I advised her to seal the mail & send it out as legal mail. She did so.

It's not a question of me practicing law. The issue is that I am required by my present position with DOC to interpret policy issues & assure they're applied equally & consistently.

Ms. Shuler simply followed policy.

H Kupers 2/15/02
GRIEVANCE COORDINATOR SIGNATURE / COOINADOR DE QUEJAS — DATE / FECHA

*You may appeal this response by submitting a written appeal to the coordinator within two (2) working days from date this response was received.*
Ud. puede apelar esta respuesta al someter una apelación por escrito al coordinador dentro de dos (2) días de trabajo de la fecha en que esta respuesta fue recibida.



LOG I.D. NUMBER
03-14487

STATE OF WASHINGTON
DEPARTMENT OF CORRECTIONS

## LEVEL 1 – INITIAL GRIEVA
## NIVEL 1 - QUEJA INIC

| NAME: NOMBRE: LAST APELLIDO | FIRST PRIMER NOMBRE | MIDDLE 2DO NOMBRE | DOC NUMBER NUMERO DOC | FACILITY/ FACILIDAD | UNIT/CELL UNIDAD/CEL |
|---|---|---|---|---|---|
| Demos | John | | 287455 | MCC/SOU | E-205 |

| COMMUNITY CORRECTIONS OFFICE OFICINA DE CORRECCIONES EN LA COMUNIDAD | DATE TYPED FECHA ESCRITA | REMEDY/REMEDIO | RESOLUTION/RESOLUCION | PENDING/PEND |
|---|---|---|---|---|
| | 7/21/03 | 08 | 04 | |

PART A – INITIAL GRIEVANCE/ PARTE A – QUEJA INICIAL

Response due/Respuesta requerida en ______

**I WANT TO GRIEVE: The application of policy & procedure. Why, on 7/16/03 at approximately 8:30AM, I was interrogated by I&I. A lot of questions were trick questions, there was no taper recording made of the interview to keep what I actually said from misinterpreted, misconstrued, misapplied, and misunderstood. Questions should not be asked that places the burden of proof on the inmate rather than on staff. Questions should not be asked that have double meanings. The Mental Health Counselor should be present during the interview to make sure that I&I staff do not take advantage of an inmate's mental illness to try and get the inmate to contradict himself or call his credibility into question.**

**SUGGESTED REMEDY: that tape recordings & the Counselor be present at all times during I&I interviews.**

| | | | |
|---|---|---|---|
| *[signature]* | 7-23-03 | /S/ JOHN DEMOS | |
| GRIEVANCE COORDINATOR SIGNATURE FIRMA DE COORDINADOR DE QUEJAS | DATE FECHA | GRIEVANT SIGNATURE FIRMA DE QUEJANTE | DATE FECHA |

PART B – LEVEL I RESPONSE / PARTE B RESPUESTA PRIMER NIVEL

**You were being interviewed regarding allegations you had made against staff. In an attempt to determine if an misconduct had taken place you were interviewed by two investigators. Specific questions were asked. During th questioning it became apparent that your allegations did not make sense, consequently the allegations wer unfounded.**

**The types of questions used were typical for an interview process. Additionally, it is the investigator's discretio whether to have additional people present during an interview. I find no error in the application of policy an procedure.**

*[signature]* 7-30-03

GRIEVANCE COORDINATOR SIGNATURE
COOINADOR DE QUEJAS

DATE
FECHA

You may appeal this response by submitting a written appeal to the coordinator within two (2) working days from date this response was received.
Ud. puede apelar esta respuesta al someter una apelación por escrito al coordinador dentro de dos (2) dias de trabajo de la fecha en que esta respuesta fue recibida.

3. GRIEVANT - QUEJANTE

EXHIBIT B-3

LOG I.D. NUMBER
03-144084

STATE OF WASHINGTON
DEPARTMENT OF CORRECTIONS

## LEVEL 1 – INITIAL GRIEVA
## NIVEL 1 - QUEJA INI

| NAME: NOMBRE: LAST APELLIDO | FIRST PRIMER NOMBRE | MIDDLE 2DO NOMBRE | DOC NUMBER NUMERO DOC | FACILITY/ FACILIDAD | UNIT/CELL UNIDAD/CE |
|---|---|---|---|---|---|
| Demos | John | | 287455 | MCC/SOU | E-205 |

| COMMUNITY CORRECTIONS OFFICE OFICINA DE CORRECCIONES EN LA COMUNIDAD | DATE TYPED FECHA ESCRITA | REMEDY/REMEDIO | RESOLUTION/RESOLUCION | PENDING/PENI |
|---|---|---|---|---|
| | 7/21/03 | 08 | 04 | |

**PART A – INITIAL GRIEVANCE/ PARTE A – QUEJA INICIAL** Response due/Respuesta requerida en

**I WANT TO GRIEVE: The application of policy & procedure. Why, I am not on any type o telephone restriction. I should be allowed to make "unmonitored" telephone calls to other thar Attorneys, I should be allowed to make unmonitored telephone calls to the F.B.I., the C.I.A., the U.S. Secret Service (If I have knowledge that the President may be in danger), the Washington State Patrol (If I have knowledge of that the Governor may be in danger).**

**SUGGESTED REMEDY: That policy be amended to allow inmates to make unmonitored telephone calls to "Federal" government agencies. In the world of informants privacy is everything. Per policy only Attorney phone calls are "unmonitored".**

[signature] 7-23-03 — GRIEVANCE COORDINATOR SIGNATURE / FIRMA DE COORDINADOR DE QUEJAS — DATE / FECHA

/S/ JOHN DEMOS — GRIEVANT SIGNATURE / FIRMA DE QUEJANTE — DATE / FECH

**PART B – LEVEL I RESPONSE / PARTE B RESPUESTA PRIMER NIVEL**

**You are not on any type of phone restrictions, all calls other that attorney calls are monitored calls. If there i specific request from an outside law enforcement agency for unmonitored calls it will be considered, but must approved by I&I and the Superintendent. MCC is following the policy and will continue to do so.**

[signature] 7-30-03 — GRIEVANCE COORDINATOR SIGNATURE / COOINADOR DE QUEJAS — DATE / FECHA

You may appeal this response by submitting a written appeal to the coordinator within two (2) working days from date this response was received. Ud. puede apelar esta respuesta al someter una apelación por escrito al coordinador dentro de dos (2) días de trabajo de la fecha en que esta respuesta fue recibida.

Exhibit B

LOG I.D. NUMBER

0401386

STATE OF WASHINGTON
DEPARTMENT OF CORRECTIONS

LEVEL 1 – INITIAL GRIEVANC
NIVEL 1 - QUEJA INICIA

| NAME: NOMBRE: | LAST APELLIDO | FIRST PRIMER NOMBRE | MIDDLE 2DO NOMBRE | DOC NUMBER NUMERO DOC | FACILITY/ FACILIDAD | UNIT/CELL UNIDAD/CELDA |
|---|---|---|---|---|---|---|
| | Demos | John | Robert | 287455 | SCCC | H2-B55 |

| COMMUNITY CORRECTIONS OFFICE OFICINA DE CORRECCIONES EN LA COMUNIDAD | DATE TYPED FECHA ESCRITA | PART B – OBTS INFORMATION INFORMACION DE OBTS | | |
|---|---|---|---|---|
| | | REMEDY/REMEDIO | RESOLUTION/RESOLUCION | PENDING/PENDIENT |
| | 02/03/04 | 08 | 04 | |

PART A – INITIAL GRIEVANCE/ PARTE A – QUEJA INICIAL Response due/Respuesta requierida en ______

**I WANT TO GRIEVE:** Counselor Norman GoodEnough. Why? On 12/29/03 Counselor GoodEnough infracted me with a WAC #701 Rule violation. On 1/8/04 I went to my Hearing, after refusing a negotiated settlement on 12/29/03. At the major infraction hearing it was found that counselor GoodEnough "lied," and Lt. Haley dismissed the major infraction. Neither S-C-C-C- Staf or Counselor GoodEnough can deliberately maliciously, willfully, intentionally, and for retaliatory purposes "lie" on an inmate to get him placed in segregation where the inmates food will be drugged, and spit in. Counselor GoodEnough told me," Demos staff stick together, and if it's the la: thing I do, I'm going to get you for informing to the U.S. Secret service about counselor James Erwick's plot to kill the president, even if I have to alter your computer records." I took that . statement as a "Threat."

**SUGGESTED REMEDY:**

GRIEVANCE COORDINATOR SIGNATURE / FIRMA DE COORDINADOR DE QUEJAS — DATE / FECHA 2/03/04 — GRIEVANT SIGNATURE / FIRMA DE QUEJANTE — DATE / FECHA

PART B – LEVEL I RESPONSE / PARTE B RESPUESTA PRIMER NIVEL

Offender Demos lt. haley had been contacted in regards to your complaint. At no time during the hearing did Lt. Haley state that the Counselor "lied". the infraction was thrown out for insufficient evidence. No staff misconduct or retaliation has been found.

GRIEVANCE COORDINATOR SIGNATURE / COOINADOR DE QUEJAS — DATE / FECHA 2/09/04

You may appeal this response by submitting a written appeal to the coordinator within two (2) working days from date this response was received. Ud. puede apelar esta respuesta al someter una apelación por escrito al coordinador dentro de dos (2) días de trabajo de la fecha en que esta respuesta fue recibida.

DOC 05-166 E/S (Rev. 10/2000) POL 5. GRIEVANT – QUEJANTE DOC 550.100

Exhibit BBBBB

LOG I.D. NUMBER

0401267

STATE OF WASHINGTON
DEPARTMENT OF CORRECTIONS

**LEVEL 1 – INITIAL GRIEVA**
**NIVEL 1 - QUEJA INI**

| NAME: NOMBRE: | LAST APELLIDO: Demos | FIRST PRIMER NOMBRE: John | MIDDLE 2DO NOMBRE: Robert | DOC NUMBER NUMERO DOC: 287455 | FACILITY/ FACILIDAD: SCCC | UNIT/CELL UNIDAD/CEL: H2 |
|---|---|---|---|---|---|---|

| COMMUNITY CORRECTIONS OFFICE OFICINA DE CORRECCIONES EN LA COMUNIDAD | DATE TYPED FECHA ESCRITA: 02/09/04 | PART B – OBTS INFORMATION INFORMACION DE OBT — REMEDY/REMEDIO: 08 | RESOLUTION/RESOLUCION: 04 | PENDING/PENI |
|---|---|---|---|---|

**PART A – INITIAL GRIEVANCE/ PARTE A – QUEJA INICIAL** Response due/Respuesta requierida en ____

**I WANT TO GRIEVE:** H-2 Unit Counselor Norman GoodEnough. Why? On or about 12/23/03 counselor GoodEnough called me into his office, I complied, Counselor GoodEnough started o issuing threats, that if I attempted to mail out of the institution letters to the Federal Courts that not approved in advance by him or were not approved by him as to form, structure, and conten SCCC mail room would return my letters to counselor GoodEnough, and I would be given a m infraction and placed in the hole/segregation. Counselor GoodEnough then called into the offic counselor James Erwick to verify the threats. On or about 1/8/04 counselor GoodEnough calle into his office, I refused to comply out of fear that counselor GoodEnough might falsely accuse trying to assault him, or try and make verbal threats & innuendo's towards me. I have witnesse my complaint.

**SUGGESTED REMEDY:**

[signature] 2/9/04

GRIEVANCE COORDINATOR SIGNATURE / FIRMA DE COORDINADOR DE QUEJAS — DATE / FECHA

[signature]

GRIEVANT SIGNATURE / FIRMA DE QUEJANTE — DA / FE

**PART B – LEVEL I RESPONSE / PARTE B RESPUESTA PRIMER NIVEL**

Offender Demos CUS of H2 has been contacted in regards to your issue. No staff misconduct or threats were fou The counselor was explaining that you could only mail out a certain number of letters as directed by the Superinter your counselor was explaining to you the procedure you need to follow in an order to accomplish this task and the consequences if the directions were not followed. It is recommended that in the future Offender Demos you follow direction of your counselor and CUS when given.

[signature] 2/9/04

GRIEVANCE COORDINATOR SIGNATURE / COOINADOR DE QUEJAS — DATE / FECHA

You may appeal this response by submitting a written appeal to the coordinator within two (2) working days from date this response was received. Ud. puede apelar esta respuesta al someter una apelación por escrito al coordinador dentro de dos (2) días de trabajo de la fecha en que esta respuesta fue recibida.

DOC 05-166 E/S (Rev. 10/2000) POL 5. GRIEVANT – QUEJANTE DOC 55

Exhibit C

LOG I.D. NUMBER 0318998

STATE OF WASHINGTON
DEPARTMENT OF CORRECTIONS

## OFFENDER COMPLAINT

CHECK ONE: ☒ INITIAL GRIEVANCE, ☐ EMERGENCY GRIEVANCE, ☐ APPEAL TO NEXT LEVEL

**RESIDENTIAL FACILITIES:** Send all completed copies of this form to the Grievance Coordinator. Explain what happened, when, where, and who was involved or which policy/procedure is being grieved. Be as brief as possible but include the necessary facts. A formal grievance begins on the date the typed grievance forms are signed by the coordinator. Contact a staff member to report an emergency situation or to initiate an emergency grievance. Please attempt to resolve all complaints through appropriate staff before initiating a grievance.

| NAME: LAST | FIRST | MIDDLE | DOC NUMBER |
|---|---|---|---|
| DEMOS | John | R | 287455 |

| PROGRAM ASSIGNMENT | WORK HOURS | FACILITY/OFFICE | UNIT/CELL |
|---|---|---|---|
| N/A | N/A | S-C-C-C- | H-2-B-55-L |

COMMUNITY SUPERVISION: Send all completed copies of this form directly to: Grievance Program Specialist, Offender Grievance Program, Department of Corrections, PO Box 41128, Olympia WA 98504-1120.

| MAILING ADDRESS | STREET OR P.O. BOX | CITY, STATE | ZIP CODE | TELEPHONE |
|---|---|---|---|---|
| | | | | |

I WANT TO GRIEVE: THE APPLICATION OF, AND THE AMBIGUITY IN D.O.C. POLICIES. WHY? BECAUSE THE FOLLOWING D.O.C. POLICIES ARE VAGUE, AND ARE SUSCEPTIBLE TO MULTIPLE INTERPRETATIONS. #'S 300.380, 320.255, 320.200, 320.150, 200.200, 560.200, 590.500, 620.100, 670.005, 630.510, 570.000, 710.500, 856.020, 710.400, 710.500, 630.000, *100.100, 350.240, 400.025, 420.250, 350.100, 400.360, 350.200, 440.000, 390.600, 120.500, 150.100, 200.000, 320.430, 461.000, 350.275, EACH POLICY IS SIGNED OFF ON BY D.O.C. SECRETARY JOE

SUGGESTED REMEDY: D. LEHMAN. HOWEVER, THE POLICY IS INVALID, AND DEFECTIVE DUE TO THE FACT THAT SECRETARY JOE LEHMAN DATED EACH DOCUMENT IMPROPERLY. INSTEAD OF SPELLING OUT THE YEAR THE POLICY WAS SIGNED, (1999) D.O.C. ABBREVIATED AND EMPLOYED A (2) LETTER OR NUMBER DATE (03) (02). 02 COULD MEAN 1802, 1803, OR 1902, OR 1903.

MANDATORY SIGNATURE: John R. Demos 9/26/03

| GRIEVANCE COORDINATOR'S RESPONSE | LOCATION CODE: 201 | DATE RECEIVED: [illegible] |
|---|---|---|

Your complaint is being returned because:

- ☐ It is not a grievable issue.
- ☐ You requested to withdraw the complaint.
- ☐ You failed to respond to callout sheet on ____________.
- ☐ The formal grievance/appeal paperwork is being prepared.
- ☐ The complaint was resolved informally.
- ☐ Additional information and/or rewriting is needed. (See below.) Return within five (5) days or by: ________

Due Date: ____________

☐ No rewrite received. Date: ____________

EXPLANATION: [illegible] — What is [illegible]?

| INITIAL COMPLAINT OBTS INFORMATION | | | | | | DATE OF RESPONSE | COORDINATOR'S SIGNATURE |
|---|---|---|---|---|---|---|---|
| TYPE | CATEGORY | AREA | SPEC | REMEDY | RESOLUTION | | |
| [illegible] | [illegible] | 999 | 999 | 8 | [illegible] | [illegible] | |

DOC 05-165 (Rev. 10/2000) OCO / POL — DOC 550.100

3. GRIEVANT

Exhibit CC

STAFF Misconduct

LOG I.D. NUMBER 0401385

STATE OF WASHINGTON
DEPARTMENT OF CORRECTIONS

# OFFENDER COMPLAINT

CHECK ONE: ☒ INITIAL GRIEVANCE, ☐ EMERGENCY GRIEVANCE, ☐ APPEAL TO NEXT LEVEL

**RESIDENTIAL FACILITIES:** Send all completed copies of this form to the Grievance Coordinator. Explain what happened, when, where, and who was involved or which policy/procedure is being grieved. Be as brief as possible but include the necessary facts. A formal grievance begins on the date the typed grievance forms are signed by the coordinator. Contact a staff member to report an emergency situation or to initiate an emergency grievance. Please attempt to resolve all complaints through appropriate staff before initiating a grievance.

| NAME: LAST | FIRST | MIDDLE | DOC NUMBER |
|---|---|---|---|
| DEMOS, | JOHN, | R | 287455 |
| PROGRAM ASSIGNMENT | WORK HOURS | FACILITY/OFFICE | UNIT/CELL |
| N/A | N/A | S-C-C-C- | H-2-B-55-L |

COMMUNITY SUPERVISION: Send all completed copies of this form directly to: Grievance Program Specialist, Offender Grievance Program, Department of Corrections, P.O. Box 41129, Olympia WA 98504-1129.

MAILING ADDRESS: STREET OR P.O. BOX | CITY, STATE | ZIP CODE | TELEPHONE

I WANT TO GRIEVE: MRS. LYNNE PHIPPS, THE S-C-C-C LAW LIBRARIAN. WHY? ON 12/17/03, MRS. PHIPPS INFRACTED ME WITH A WAC RULE #102, + 103 VIOLATION. MRS. PHIPPS ACCUSED ME OF USING THE LAW LIBRARY TYPE WRITERS FOR NON-LEGAL PURPOSES. AT MY HEARING, CONDUCTED IN THE H-2 UNIT BY SGT. MILLER, IT WAS FOUND THAT MRS. PHIPPS "LIED". HOW SO? IN THE INFRACTION REPORT, MRS. PHIPPS ASSERTED THAT THE INCIDENT TOOK PLACE ON 12/17/03, BUT THE LETTER THAT WAS CONFISCATED FROM ME WAS DATED 12/13/03. I CANNOT BE INFRACTED ON 12/17/03, FOR AN ACT THAT TOOK PLACE ON 12/13/03. MRS. PHIPPS CLEARLY STATED IN HER INFRACTION REPORT THAT THE INCIDENT TOOK PLACE ON 12/17/03. D.O.C. IS A LAW ENFORCEMENT AGENCY, CAN D.O.C. STAFF COMPROMISE ITSELF, AND BRING THE AGENCY INTO DISREPUTE BY LYING ON INMATES, AND GRIEVANT IN PARTICULAR? IF ONE STAFF LIES, ARE ALL STAFF CAPABLE OF "LYING" ALSO?

SUGGESTED REMEDY:

MANDATORY SIGNATURE: John R. Demos DATE: 1/10/04

## GRIEVANCE COORDINATOR'S RESPONSE

LOCATION CODE: 501 DATE RECEIVED: 1-12-04

Your complaint is being returned because:

- ☒ It is not a grievable issue.
- ☐ You requested to withdraw the complaint.
- ☐ You failed to respond to callout sheet on ______.
- ☐ The formal grievance/appeal paperwork is being prepared.
- ☐ The complaint was resolved informally.
- ☐ Additional information and/or rewriting is needed. (See below.) Return within five (5) days or by: Due Date: ______
- ☐ No rewrite received. Date: ______

EXPLANATION: infractions and guilty findings of infraction not grievable

| INITIAL COMPLAINT OBTS INFORMATION | | | | | | DATE OF RESPONSE | COORDINATOR'S SIGNATURE |
|---|---|---|---|---|---|---|---|
| TYPE | CATEGORY | AREA | SPEC | REMEDY | RESOLUTION | | |
| 01 | 50 | 575 | 9 | 08 | 08 | 1-12-04 | [signature] |

DOC 05-165 (Rev. 10/2000) OCO / POL DOC 550.100

GRIEVANT

EXHIBIT CCC

"AN EMERGENCY GRIEVANCE IS ANYTHING THAT AMOUNTS TO A MATTER OF LIFE & DEATH, THE SAFETY OF THE PRESIDENT OF THE UNITED STATES IS A MATTER OF LIFE & DEATH"

LOG I.D. NUMBER: 025146

**STATE OF WASHINGTON**
**DEPARTMENT OF CORRECTIONS**

# OFFENDER COMPLAINT

CHECK ONE: ☒ INITIAL GRIEVANCE, ☒ EMERGENCY GRIEVANCE, ☐ APPEAL TO NEXT LEVEL

**RESIDENTIAL FACILITIES:** *Send all completed copies of this form to the Grievance Coordinator. Explain what happened, when, where, and who was involved or which policy/procedure is being grieved. Be as brief as possible but include the necessary facts. A formal grievance begins on the date the typed grievance forms are signed by the coordinator. Contact a staff member to report an emergency situation or to initiate an emergency grievance. Please attempt to resolve all complaints through appropriate staff before initiating a grievance.*

| NAME: LAST | FIRST | MIDDLE | DOC NUMBER |
|---|---|---|---|
| Demos, John, | Robert | | 287455 |

| PROGRAM ASSIGNMENT | WORK HOURS | FACILITY/OFFICE | UNIT/CELL |
|---|---|---|---|
| N/A | N/A | SCCC | H-2-B-55 |

**COMMUNITY SUPERVISION:** Send all completed copies of this form directly to: Grievance Program Specialist, Offender Grievance Program, Department of Corrections, PO Box 41129, Olympia WA 98504-1129

MAILING ADDRESS: STREET OR P.O. BOX | CITY, STATE | ZIP CODE | TELEPHONE

"I Refuse To NAME NAMES" THAT'S FOR THE F.B.I. To Do

I WANT TO GRIEVE: c/o REDDING & SGT. SULLIVAN OF THE S.C.C.C. MAILROOM:
ON 12/10/03 THE MAILROOM RETURNED FOR THE 3rd TIME OUTGOING "LEGAL MAIL" ADDRESSED TO THE COURTS OF THE UNITED STATES.
PER THE ATTACHED "KITE" I AM ALLOWED TO SEND OUT (20) INDIGENT LETTERS A WEEK. BUT THE MAILROOM, WILL ONLY ALLOW ME TO SEND OUT (10) INDIGENT LETTERS A WEEK. ON 12/10/03 THE MAILROOM RETURNED BACK TO ME (5) LEGAL LETTERS. I AM ULTRA CONCERNED BECAUSE SEVERAL OF MY LETTERS CONCERNED A "PLOT" BY S.C.C. STAFF TO KILL PRESIDENT GEORGE BUSH, AND SECRETARY OF STATE COLIN POWELL, DUE TO THEIR INFLUENCE IN GETTING AMERICA TO GO TO WAR WITH "IRAQ".
THE LETTERS THAT THE MAILROOM REFUSED TO SEND OUT WOULD HAVE ALERTED THE F.B.I., THE C.I.A., AND THE N.S.A..

SUGGESTED REMEDY: AS I TOLD THE COURTS, THERE ARE OVER (12) OFFICERS HERE AT THIS FACILITY THAT HAVE U.S. MILITARY TRAINING, AND KNOW HOW TO USE LONG RANGE, AND SHORT RANGE WEAPONS.
IT WOULD STAND TO REASON, THAT THE MAILROOM HERE AT S.C.C. IS A PART OF THE PLOT, OTHERWISE WOULD THEY RETURN MY MAIL, WHEN I HAVE BEEN APPROVED TO SEND THE LETTERS OUT OF THE INSTITUTION. (REFER TO EXHIBITS "A" & "B" ATTACHED)
(SEE ALSO EXHIBIT "C")
( see Exhibits D + E )

MANDATORY SIGNATURE: John R. Demos DATE: 12/10/03

## GRIEVANCE COORDINATOR'S RESPONSE

LOCATION CODE | DATE RECEIVED

Your complaint is being returned because:
- ☐ *It is not a grievable issue.*
- ☐ You requested to withdraw the complaint.
- ☐ You failed to respond to callout sheet on ________
- ☐ The formal grievance/appeal paperwork is being prepared.

- ☒ The complaint was resolved informally.
- ☐ Additional information and/or rewriting is needed. (See below.) Return within five (5) days or by:

Due Date: ________
- ☐ No rewrite received. Date: ________

EXPLANATION: ________

| INITIAL COMPLAINT OBTS INFORMATION | | | | | | DATE OF RESPONSE | COORDINATOR'S SIGNATURE |
|---|---|---|---|---|---|---|---|
| TYPE | CATEGORY | AREA | SPEC | REMEDY | RESOLUTION | | |
| | | | | | | | |

DOC 05-165 (Rev. 10/2000) OCO / POL

DOC 550.100

GRIEVANT

Exhibit C C C C

LOG I.D. NUMBER 03-13340

STATE OF WASHINGTON
DEPARTMENT OF CORRECTIONS

# OFFENDER COMPLAINT

CHECK ONE: ☒ INITIAL GRIEVANCE, ☐ EMERGENCY GRIEVANCE, ☐ APPEAL TO NEXT LEVEL

***RESIDENTIAL FACILITIES:*** *Send all completed copies of this form to the Grievance Coordinator. Explain what happened, when, where, and who was* involved or which policy/procedure is being grieved. Be as brief as possible but include the necessary facts. A formal grievance begins on the date the typed grievance forms are signed by the coordinator. Contact a staff member to report an emergency situation or to initiate an emergency grievance. Please attempt to resolve all complaints through appropriate staff before initiating a grievance.

| NAME: LAST | FIRST | MIDDLE | DOC NUMBER |
|---|---|---|---|
| Demos | John | R | 287455 |

| PROGRAM ASSIGNMENT | WORK HOURS | FACILITY/OFFICE | UNIT/CELL |
|---|---|---|---|
| N/A | N/A | S-O-U- | E-248 |

**COMMUNITY SUPERVISION:** Send all completed copies of this form directly to: Grievance Program Specialist, Offender Grievance Program, Department of Corrections, P.O. Box 41129, Olympia WA 98504-1129.

| MAILING ADDRESS: STREET OR P.O. BOX | CITY, STATE | ZIP CODE | TELEPHONE NUMBER |
|---|---|---|---|
| | | | |

I WANT TO GRIEVE: THE APPLICATION OF POLICY + PROCEDURE. WHY? PER POLICY, THE SUPERINTENDENT MAY REVIEW AN INFRACTION WHETHER OR NOT AN APPEAL IS TAKEN. MY ISSUE IS THIS: IF THE SUPERINTENDENT HAS THE DISCRETION TO REVIEW AN INFRACTION, CAN THE MAJOR HEARINGS LT., TAKE THIS POWER AWAY FROM THE SUPERINTENDENT BY ORDERING THAT THE

SUGGESTED REMEDY: INMATE COMMENCE HIS SANCTION PRIOR TO ANY REVIEW BY THE SUPERINTENDENT?

MANDATORY SIGNATURE: John R. Demos DATE: 6/24/03

## GRIEVANCE COORDINATOR'S RESPONSE

LOCATION CODE: DOS DATE RECEIVED: 6-26-03

Your complaint is being returned because:

- ☒ It is not a grievable issue.
- ☐ *You requested to withdraw the complaint.*
- ☐ You failed to respond to callout sheet on ______________.
- ☐ The formal grievance/appeal paperwork is being prepared.
- ☐ The complaint was resolved informally.
- ☐ Additional information and/or rewriting is needed. (See below.) Return within five (5) days or by: Due Date: ______________
- ☐ No rewrite received. Date: ______________

EXPLANATION: IN 2002 the WAC was amended eliminating the requirement to stay sanctions pending appeal - WAC's are not grievable

| INITIAL COMPLAINT CODES INFORMATION | | | | | | DATE OF RESPONSE | COORDINATOR'S SIGNATURE |
|---|---|---|---|---|---|---|---|
| TYPE | CATEGORY | AREA | SPEC | REMEDY | RESOLUTION | | |
| 01 | 05 | 925 | 150 | 03 | 05 | 7-2-03 | [illegible] |

Exhibit CCCCC

LOG I.D. NUMBER 0402239

STATE OF WASHINGTON
DEPARTMENT OF CORRECTIONS

**OFFENDER COMPLAINT**

CHECK ONE: ☒ INITIAL GRIEVANCE, ☐ EMERGENCY GRIEVANCE, ☐ APPEAL TO NEXT LEVEL

**RESIDENTIAL FACILITIES:** Send all completed copies of this form to the Grievance Coordinator. Explain what happened, when, where, and who was involved or which policy/procedure is being grieved. Be as brief as possible but include the necessary facts. A formal grievance begins on the date the typed grievance forms are signed by the coordinator. Contact a staff member to report an emergency situation or to initiate an emergency grievance. Please attempt to resolve all complaints through appropriate staff before initiating a grievance.

| NAME: LAST | FIRST | MIDDLE | DOC NUMBER |
|---|---|---|---|
| DEMOS, | John | R | 287455 |

| PROGRAM ASSIGNMENT | WORK HOURS | FACILITY/OFFICE | UNIT/CELL |
|---|---|---|---|
| N/A | N/A | S-C-C-C- | G-B-12 |

COMMUNITY SUPERVISION: Send all completed copies of this form directly to: Grievance Program Specialist, Offender Grievance Program, Department of Corrections, P.O. Box 41129, Olympia WA 98504-1129

| MAILING ADDRESS: STREET OR P.O. BOX | CITY, STATE | ZIP CODE | TELEPHONE NUMBER |
|---|---|---|---|
| | | | |

I WANT TO GRIEVE: THE ACTIONS OF S-C-C-C-STAFF. WHY? ON 2/13/04 MY INMATE TELEPHONE CALLER I.D.# WAS DISCONNECTED. I HAVE NO WAY OF CALLING THE FEDERAL ATTORNEY'S INVOLVED IN MY CASES IN THE FEDERAL COURTS, NOR AM I ABLE TO CONTACT THE A.C.L.U. OR THE U.S. ATTORNEY GENERAL. I CAN'T USE THE U.S. MAIL SYSTEM AS OTHER INMATES ARE ALLOWED TO DO, I HAVE BEEN THREATENED WITH A MAJOR INFRACTION AND PLACEMENT IN THE HOLE/SEG IF I ATTEMPT TO DO SO. CLEARLY, D.O.C. IN CUTTING MY

SUGGESTED REMEDY: ACCESS OFF TO THE OUTSIDE WORLD, NO MAIL OR TELEPHONE ACCESS IS SETTING ME UP TO BE KILLED. IT DOES NOT TAKE A ROCKET SCIENTIST TO FIGURE THAT OUT. IF OTHER INMATES HAVE TELEPHONE + MAIL ACCESS, THEN SO SHOULD I.

MANDATORY SIGNATURE: John R. Demos DATE: 2/13/04

**GRIEVANCE COORDINATOR'S RESPONSE**

LOCATION CODE: 501 DATE RECEIVED: 2-18-04

Your complaint is being returned because:

- ☐ It is not a grievable issue.
- ☐ You requested to withdraw the complaint.
- ☒ You failed to respond to callout sheet on 2-20-04
- ☒ The formal grievance/appeal paperwork is being prepared.
- ☐ The complaint was resolved informally.
- ☐ Additional information and/or rewriting is needed. (See below.) Return within five (5) days or by: Due Date: ________
- ☐ No rewrite received. Date: ________

EXPLANATION: Failed to make call out on 2-20-04, withdrawn

REDRESS/COMPLAINT DATA INFORMATION

| TYPE | CATEGORY | AREA | SPEC | REMEDY | RESOLUTION | DATE OF RESPONSE | COORDINATOR'S SIGNATURE |
|---|---|---|---|---|---|---|---|
| 01 | 502 | 419 | 769 | 09 | 07 | 2-20-04 | [signature] |

DOC 05-165 (Rev. 10/2000) OCO / POL 3. GRIEVANT DOC 550.100

EXHIBIT CCCCCC

STAFF Misconduct

LOG I.D. NUMBER 0401386

**STATE OF WASHINGTON**
**DEPARTMENT OF CORRECTIONS**

# OFFENDER COMPLAINT

CHECK ONE: ☒ INITIAL GRIEVANCE, ☐ EMERGENCY GRIEVANCE, ☐ APPEAL TO NEXT LEVEL

**RESIDENTIAL FACILITIES:** Send all completed copies of this form to the Grievance Coordinator. Explain what happened, when, where, and who was involved or which policy/procedure is being grieved. Be as brief as possible but include the necessary facts. A formal grievance begins on the date the typed grievance forms are signed by the coordinator. Contact a staff member to report an emergency situation or to initiate an emergency grievance. Please attempt to resolve all complaints through appropriate staff before initiating a grievance.

| NAME: LAST | FIRST | MIDDLE | DOC NUMBER |
|---|---|---|---|
| DEMOS, | John, | RobeRT | 287455 |

| PROGRAM ASSIGNMENT | WORK HOURS | FACILITY/OFFICE | UNIT/CELL |
|---|---|---|---|
| N/A | N/A | S-C-C-C- | H-2-B-55-L |

I WANT TO GRIEVE: COUNSELOR NORMAN GOODENOUGH. WHY? ON 12/22/03 COUNSELOR GOODENOUGH INFRACTED ME WITH A WAC #701 RULE VIOLATION. ON 1/8/04 I WENT TO MY HEARING, AFTER REFUSING A NEGOTIATED SETTLEMENT ON 12/29/03. AT THE MAJOR INFRACTION HEARING IT WAS FOUND THAT COUNSELOR GOODENOUGH "LIED" AND LT. HALEY DISMISSED THE MAJOR INFRACTION. NEITHER S-C-C-C- STAFF, OR COUNSELOR GOODENOUGH CAN DELIBERATELY, MALICIOUSLY, WILLFULLY, INTENTIONALLY, AND FOR RETALIATORY PURPOSES "LIE" ON AN INMATE TO GET HIM PLACED IN SEGREGATION WHERE THE INMATES

SUGGESTED REMEDY: FOOD WILL BE DRUGGED, AND SPIT IN. COUNSELOR GOODENOUGH TOLD ME, "DEMOS STAFF STICK TOGETHER, AND IF IT'S THE LAST THING I DO, I'M GOING TO GET YOU FOR INFORMING TO THE U.S. SECRET SERVICE ABOUT COUNSELOR JAMES ERWICK'S PLOT TO KILL THE PRESIDENT, EVEN IF I HAVE TO ALTER YOUR COMPUTER RECORDS." I TOOK THAT STATEMENT AS A "THREAT."

MANDATORY SIGNATURE: John R. Demos DATE: 1/16/04

## GRIEVANCE COORDINATOR'S RESPONSE

LOCATION CODE: 501 DATE RECEIVED: 1-20-04

*Your complaint is being returned because:*

- ☐ It is not a grievable issue.
- ☐ You requested to withdraw the complaint.
- ☐ You failed to respond to callout sheet on ______
- ☒ The formal grievance/appeal paperwork is being prepared.

- ☐ The complaint was resolved informally.
- ☐ Additional information and/or rewriting is needed. (See below.) Return within five (5) days or by: Due Date: ______
- ☐ No rewrite received. Date: ______

EXPLANATION: ______

| INITIAL COMPLAINT OBTS INFORMATION | | | | | | DATE OF RESPONSE | COORDINATOR'S SIGNATURE |
|---|---|---|---|---|---|---|---|
| TYPE | CATEGORY | AREA | SPEC | REMEDY | RESOLUTION | | |
| 01 | 02 | 801 | 722 | 08 | 09 | 2/06/04 | |

DOC 05-165 (Rev. 10/2000) OCO / POL DOC 550.100

3. GRIEVANT

Exhibit cccccc

LOG I.D. NUMBER 0402..8

STATE OF WASHINGTON
DEPARTMENT OF CORRECTIONS

**OFFENDER COMPLAINT**

CHECK ONE: ☒ INITIAL GRIEVANCE, ☐ EMERGENCY GRIEVANCE, ☐ APPEAL TO NEXT LEVEL

**RESIDENTIAL FACILITIES:** Send all completed copies of this form to the Grievance Coordinator. Explain what happened, when, where, and who was involved or which policy/procedure is being grieved. Be as brief as possible but include the necessary facts. A formal grievance begins on the date the typed grievance forms are signed by the coordinator. Contact a staff member to report an emergency situation or to initiate an emergency grievance. Please attempt to resolve all complaints through appropriate staff before initiating a grievance.

| NAME: LAST | FIRST | MIDDLE | DOC NUMBER |
|---|---|---|---|
| DEMOS, | JOHN, | R | 287455 |

| PROGRAM ASSIGNMENT | WORK HOURS | FACILITY/OFFICE | UNIT/CELL |
|---|---|---|---|
| N/A | N/A | S-C-C-C- | G-B-12 |

COMMUNITY SUPERVISION: Send all completed copies of this form directly to: Grievance Program Specialist, Offender Grievance Program, Department of Corrections, P.O. Box 41129, Olympia WA 98504-1129.

| MAILING ADDRESS: STREET OR P.O. BOX | CITY, STATE | ZIP CODE | TELEPHONE NUMBER |
|---|---|---|---|
| | | | |

I WANT TO GRIEVE: THE ACTIONS OF SCCC STAFF. WHY? ON 1-21-04 I WAS PlAcEd IN SEGREGATION, "LeGAl" DocuMENTS WERE TAKEN FROM ME, And NEVER RETURNed. ON OR About 2/6/04 I WAS ReleAsEd FROM SEG. THE LeGAl Documents THAT WERE SEIZEd FROM ME ON 1/21/04 HAd been STAMPEd "ClAssiFied". ONE OF THE DocumENTS APPEARED AuthoREd by THE C.I.A. + ONE Document WAS STAMPEd OFFICE OF U.S. NAVAl INTelliGENCE. THE Documents covered A wide VARiety OF ISSUES. why were THE Documents NOT RETURNed BACK To ME? ON 2/13/04 MYSTERIOUSLY, MY INMATE Telephone CAller I.D. # WAS disconnected. Did I STUMBLE ACROSS SOMETHING

SUGGESTED REMEDY: THAT D.O.C. doES NOT WANT ME To Tell THE OUTSIDE WORLD? IN SHORT I AM AS OF 2/13/04 being held "IN COMMUNICAdo" HERE AT S-C-C-C- UNDER THE 1ST AMENDMENT OF THE U.S. CONSTITUTION, I HAVE THE RIGHT To COMMUNICATE. MY FREEDOM OF SPEECH + FREEDOM OF PRESS RIGHTS CANNOT BE TAKEN AWAY.

MANDATORY SIGNATURE: John R. Demos DATE 2/13/04

**GRIEVANCE COORDINATOR'S RESPONSE**

LOCATION CODE 501 | DATE RECEIVED 2-18-04

Your complaint is being returned because:
- ☒ It is not a grievable issue.
- ☐ You requested to withdraw the complaint.
- ☐ You failed to respond to callout sheet on ______.
- ☐ The formal grievance/appeal paperwork is being prepared.
- ☐ The complaint was resolved informally.
- ☐ Additional information and/or rewriting is needed. (See below.) Return within five (5) days or by: Due Date: ______
- ☐ No rewrite received. Date: ______

EXPLANATION: Confiscated property is not grievable

| INITIAL COMPLAINT DATA INFORMATION | | | | | | DATE OF RESPONSE | COORDINATOR'S SIGNATURE |
|---|---|---|---|---|---|---|---|
| TYPE | CATEGORY | AREA | SPEC | REMEDY | RESOLUTION | | |
| 01 | 02 | 051 | 513 | 08 | 08 | 2-18-04 | H. yaly |

EXHIBIT D

STATE OF WASHINGTON
DEPARTMENT OF CORRECTIONS

**INMATE'S KITE**
**PAPELETA DE PETICION DEL RECLUSO**

INMATE NAME (PRINT) NOMBRE DEL RECLUSO (LETRA DE MOLDE): John R. Demos

| DOC NUMBER / NUMERO DOC | UNIT, CELL / UNIDAD, CELDA | DATE / FECHA |
|---|---|---|
| 287455 | H-2-B-55-L | 7/28/03 |

DESIRE INTERVIEW WITH OR ANSWER FROM / DESEA ENTREVISTA CON O RESPUESTA DE: CARLOS HALEY / DISCIPLINARY LT.

☐ Interpreter needed for ________ (language). Necesito intérprete para ________ (idioma).

**REASON / QUESTION**
RAZON / PREGUNTA

SIR IF I'M FOUND GUILTY OF A MAJOR INFRACTION THE SANCTION IS IMPOSED. WHAT IS MY REMEDY SHOULD I COMPLETE THE SANCTION, AND ON APPEAL THE SUPERINTENDENT REVERSES THE GUILTY FINDING?

SIGNATURE / FIRMA: John R. Demos

DAYS OFF / DIAS LIBRES:

**RESPONSE**
RESPUESTA

YES, SANCTIONS ARE IMPOSED IMMEDIATELY AND YOU MAY APPEAL

RESPONDER / PERSONA QUE RESPONDE: [signature] HALEY

DATE / FECHA: 07/29/03

Distribution: WHITE/YELLOW-Responder, YELLOW-Return to Offender with Response, PINK-Offender keeps
Distribución: BLANCA/AMARILLA-Persona que responda, AMARILLA-Devuelva al recluso con respuesta, ROSA-Se la queda el recluso
DOC 21-473 E/S (11/98) OCO

Exhibit DD

| INFRACTION HEARINGS | | | |
|---|---|---|---|
| *MONDAY 12-29-03* | | | |
| **TIME** | **NAME** | **DOC#** | **INFRACTION** |
| 1100 | MOLITOR, M | 853095 | 301,103 |
| 1105 | DEMOS, J | 287455 | 203 |
| 1110 | DEMOS, J | 287455 | 102,103 |
| 1115 | DEMOS, J | 287455 | 102,103 |
| 1120 | GRAHAM, N | 712836 | 301,103 |
| 1125 | CATER, J | 819668 | 301,103 |
| 1130 | DONALD, H | 271687 | 102,103 |
| 1135 | GUTHRIE, M | 991045 | 102,103 |
| 1140 | JOHNS, A | 837734 | 104 |
| 1145 | DABNEY, U | 701487 | 104 |
| 1150 | DABNEY, U | 701487 | 104 |
| 1155 | LOCKE, R | 953754 | 104 |
| 1200 | LIPSKA, K | 748725 | 104 |
| 1205 | MARTIN, J | 810229 | 104 |
| 1210 | ROSS, M | 919510 | 104 |
| 1215 | PALFRY, K | 856410 | 102,103,214 |
| 1220 | PALFRY, K | 856410 | 102,210 |

Exhibit B-2

LOG I.D. NUMBER 0325873

STATE OF WASHINGTON
DEPARTMENT OF CORRECTIONS

OFFENDER COMPLAINT

CHECK ONE: ☒ INITIAL GRIEVANCE, ☐ EMERGENCY GRIEVANCE, ☐ APPEAL TO NEXT LEVEL

**RESIDENTIAL FACILITIES:** Send all completed copies of this form to the Grievance Coordinator. Explain what happened, when, where, ... involved or which policy/procedure is being grieved. Be as brief as possible but include the necessary facts. A formal grievance begins on the ... typed grievance forms are signed by the coordinator. Contact a staff member to report an emergency situation or to initiate an emergency ... Please attempt to resolve all complaints through appropriate staff before initiating a grievance.

| NAME: LAST | FIRST | MIDDLE | DOC NUMBER |
|---|---|---|---|
| DEMOS | JOHN | ROBERT | ##### 28... |

| PROGRAM ASSIGNMENT | WORK HOURS | FACILITY/OFFICE | UNIT/CELL |
|---|---|---|---|
| N/A | N/A | S.C.C.C. | H-2-B-55... |

I WANT TO GRIEVE: H-2 UNIT C.U.S. JACKSON, COUNSELOR JAMES ERWICK, AND SUPERINTENDENT DOUG WADDINGTON, ALONG WITH SGT. SULLIVAN WHO IS IN CHARGE OF THE MAILROOM HERE AT S.C.C.C. WHY? FOR PLACING MY LIFE IN DANGER BY CUTTING OFF MY ACCESS TO THE COURTS.
I HAVE A CONSTITUTIONAL RIGHT TO BE ALLOWED TO ACCESS, AND CONTACT THE FEDERAL COURTS.
ON OR ABOUT 11/14/03 S.C.C.C. STAFF "CONSPIRED" TO VIOLATE MY CIVIL & CONSTITUTIONAL RIGHTS BY DENYING ME ACCESS TO THE COURTS.
I AM IN TOUCH WITH THE U.S. ATTORNEY GENERAL'S OFFICE ON THIS MATTER, AND I WILL BE CONTACTING THE WASHINGTON STATE PATROL.
THE LETTERS THAT WERE REJECTED FOR MAILING BY THE MAILROOM CONCERNED A PLOT THAT IS IN THE WORKS TO "KILL" THE GOVERNOR OF WASHINGTON STATE,

SUGGESTED REMEDY: PRESIDENT GEORGE BUSH, AND SECRETARY OF STATE COLIN POWELL. PRISON STAFF CANNOT PREVENT ME FROM ALERTING FEDERAL OFFICIALS OF A PLOT, AND S.C.C.C. STAFF COMPLICITY IN THIS MURDER PLOT.
THE VERY FACT THAT PRISON STAFF WOULD TRY AND DELAY, AND DENY MY MAILINGS TO THE COURT SHOW THAT PRISON OFFICIALS ARE IN VIOLATION OF THE FEDERAL HOMELAND SECURITY ACT.
CC: THE F.B.I.
THE U.S. ATTORNEY GENERAL.

MANDATORY SIGNATURE: John R. Demos DATE: 11/1.../03

| LOCATION CODE | DATE RECEIVED |
|---|---|
| | |

**GRIEVANCE COORDINATOR'S RESPONSE**

Your complaint is being returned because:
- ☐ It is not a grievable issue.
- ☐ You requested to withdraw the complaint.
- ☐ You failed to respond to callout sheet on ______
- ☐ The formal grievance/appeal paperwork is being prepared.

- ☒ The complaint was resolved informally.
- ☐ Additional information and/or rewriting is needed. (See below.) Return within five (5) days or by: Due Date: ______
- ☐ No rewrite received. Date: ______

EXPLANATION: ______

| INITIAL COMPLAINT CODES INFORMATION | | | | | | DATE OF RESPONSE | COORDINATOR'S SIGNATURE |
|---|---|---|---|---|---|---|---|
| TYPE | CATEGORY | AREA | SPEC | REMEDY | RESOLUTION | | |
| 01 | 02 | 802 | 394 | 03 | 01 | 12-02-03 | [signature] |

DOC 05-165 (Rev. 10/2000) OCO / POL

DOC 550.1000

3. GRIEVANT

EXHIBIT C 3

LOG I.D. NUMBER 0323876

STATE OF WASHINGTON
DEPARTMENT OF CORRECTIONS

**OFFENDER COMPLAINT**

CHECK ONE: ☒ INITIAL GRIEVANCE, ☐ EMERGENCY GRIEVANCE, ☐ APPEAL TO NEXT LEVEL

**RESIDENTIAL FACILITIES:** Send all completed copies of this form to the Grievance Coordinator. Explain what happened, when, where, and who was involved or which policy/procedure is being grieved. Be as brief as possible but include the necessary facts. A formal grievance begins on the date the typed grievance forms are signed by the coordinator. Contact a staff member to report an emergency situation or to initiate an emergency grievance. Please attempt to resolve all complaints through appropriate staff before initiating a grievance.

| NAME: LAST | FIRST | MIDDLE | DOC NUMBER |
|---|---|---|---|
| DEMOS | JOHN | ROBERT | 237455 |

| PROGRAM ASSIGNMENT | WORK HOURS | FACILITY/OFFICE | UNIT/CELL |
|---|---|---|---|
| N/A | N/A | S.C.C.C. | H-2-B-55-L |

I WANT TO GRIEVE: H-2 UNIT STAFF (C.U.S. JACKSON, COUNSELOR ERWICK)(THE S.C.C.C. MAILROOM SGT. SULLIVAN) & SUPERINTENDENT DOUG WADDINGTON. WHY? FOR PLACING MY LIFE IN IMMINENT DANGER? IN WHAT MANNER? ON OR ABOUT 11/14/03 THE S.C.C.C. MAILROOM RETURNED (10) OF MY OUTGOING LEGAL LETTERS BACK TO ME. PER D.O.C. POLICY 590.500, & 450.100 I AM ALLOWED TO EXCEED THE (10) LETTER INDIGENT LIMIT IF I OBTAIN AUTHORIZATION FROM MY COUNSELOR. I APPEALED TO C.U.S. JACKSON FOR HELP, AND I APPEALED TO COUNSELOR ERWICK FOR HELP, BOTH OF THEM REFUSED TO INTERVENE.
THE U.S. SUPREME COURT HAS RULED THAT "ACCESS TO THE COURTS" IS AN INMATES LIFELINE, AND THAT ACCESS TO THE COURT'S IS THE MOST FUNDAMENTAL OF ALL CONSTITUTIONAL RIGHTS.
ALSO, THE U.S. SUPREME COURT HAS RULED THAT PRISON OFFICIALS MAY NOT PRACTICE/PRACTICE LAW WITHOUT A LICENSE, AND DECIDE WHAT IS, AND WHAT

SUGGESTED REMEDY: IS NOT LEGAL MAIL. I EXPLAINED TO BOTH C.U.S. JACKSON, AND TO COUNSELOR JAMES ERWICK THAT MY LEGAL PETITIONS CONCERNED THE ISSUE OF UNLAWFUL INCARCERATION BASED ON "INDIAN TREATY RIGHTS". I HAVE A RIGHT TO PETITION THE GOVERNMENT IF I AM BEING RESTRAINED OF MY LIBERTY IN VIOLATION OF THE CONSTITUTION. ALL (10) OF THE LETTERS THAT WERE REJECTED CONCERNED UNLAWFUL IMPRISONMENT. SUPERINTENDENT WADDINGTON HAS A DUTY TO SUPERVISE HIS STAFF: MANDATORY

SIGNATURE John R. Demos DATE 11/18/03

**GRIEVANCE COORDINATOR'S RESPONSE**

LOCATION CODE 501 DATE RECEIVED 12-01-03

Your complaint is being returned because:
- ☐ It is not a grievable issue.
- ☐ You requested to withdraw the complaint.
- ☐ You failed to respond to callout sheet on ____
- ☐ The formal grievance/appeal paperwork is being prepared.

- ☒ The complaint was resolved informally.
- ☐ Additional information and/or rewriting is needed. (See below.) Return within five (5) days or by: Due Date: ____
- ☐ No rewrite received. Date: ____

EXPLANATION: ____

| INITIAL COMPLAINT OBTS INFORMATION | | | | | | DATE OF RESPONSE | COORDINATOR'S SIGNATURE |
|---|---|---|---|---|---|---|---|
| TYPE | CATEGORY | AREA | SPEC | REMEDY | RESOLUTION | | |
| 01 | 07 | 402 | 394 | 03 3 | 03 | 12-02-03 | [signature] |

DOC 05-165 (Rev. 10/2000) OCO / POL DOC 550.100

3. GRIEVANT